**2004–0231. State v. Fairbanks.**

Lake App. No. 2001–L–062, 2003-Ohio-700. On motion for leave to file delayed appeal. Motion denied.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2004–0235. State v. Holmes.**

Fulton App. No. F–02–022, 2003-Ohio-4092. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2004–0238. McCollam v. Am. & Foreign Ins. Co.**

Stark App. No. 2003CA00096, 2003-Ohio-6366. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 4 of the court of appeals' Journal Entry filed January 4, 2004:

"Whether an uninsured/underinsured motorist claimant, when making a claim based upon the death of a person, is barred from recovery under a personal auto policy when the policy requires that the claimant be 'legally entitled to recover' and the uninsured/underinsured motorists claim is first presented to the insurance company providing the uninsured/underinsured motorists coverage after the time, as set forth in the wrongful death statute, for filing a wrongful death claim against the tortfeasor has expired."

RESNICK and F.E. SWEENEY, JJ., dissent.

The conflict case is *Hutchison v. Midwestern Indemn. Co.* (Mar. 2, 1989), Ross App. No. 1496, 1989 WL 19380.

Sua sponte, cause consolidated with 2004–0044, *McCollam v. Am. & Foreign Ins. Co.*, Stark App. No. 2003CA00096, 2003-Ohio-6366.

**2004–0275. State v. Lopez.**

Greene App. No. 99CA120, 2003-Ohio-3974. On motion for leave to file delayed appeal. Motion denied.

**2004–0281. State v. Johnson.**

Montgomery App. No. 19597, 2003-Ohio-6523. On motion for leave to file delayed appeal. Motion granted.

RESNICK, F.E. SWEENEY and O'CONNOR, JJ., dissent.

**2004–0291. State v. Miller.**

Lorain App. No. 03CA008259, 2003-Ohio-6580. On motion for leave to file delayed appeal. Motion granted.

RESNICK, F.E. SWEENEY and O'CONNOR, JJ., dissent.

**2004–0295. State v. Davis.**

Hamilton App. No. C–980155. On motion for leave to file delayed appeal. Motion denied.

**2004–0326. State v. Levitt.**

Stark App. No. 2002CA00307. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2004–0331. State v. Golden.**

Franklin App. No. 01AP–367, 2001-Ohio-8769. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2004–0376. In re Adoption of Doe.**

Franklin App. No. 03AP–917, 2004-Ohio-689. On motion for stay of court of appeals' decision. Motion denied.

MOYER, C.J., RESNICK and PFEIFER, JJ., dissent.